IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

    Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 21; Filed August 30, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered June 22, 2011 [Docket No. 18] is amended as follows:

- Deadline to File Motion for Partial Summary Judgment: **September 14, 2011**

All other dates and deadlines remain the same.

Dated:  August 31, 2011