IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

    Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order to Extend Affirmative and Rebuttal Expert Disclosures and Discovery Cutoff** [Docket No. 38; Filed January 6, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered June 22, 2011 [#18] and amended on August 31, 2011 [#23], is further modified as follows:

- Affirmative Expert Designation/Disclosures     **April 9, 2012**
- Rebuttal Expert Designation/Disclosures     **May 7, 2012**
- Service of Written Discovery     **May 16, 2012**
- Discovery Cutoff     **June 18, 2012**

IT IS FURTHER **ORDERED** that, in order to accommodate the above-stated deadlines, the Court *sua sponte* extends the dispositive motion deadline up to and including **June 29, 2012**.  The Court will likely decline to grant any further extensions of deadlines, in consideration of the trial settings in this matter.

Dated:  January 9, 2012