IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

    Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Third Motion to Amend Scheduling Order to Extend Discovery Cutoff to and including September 17, 2012** [Docket No. 48; Filed July 31, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered June 22, 2011 [#18] and amended on January 9, 2012 [#40] and June 18, 2012 [#46] is further modified as follows:

- Discovery cut-off, for the sole purpose of taking depositions:     **September 17, 2012**

Dated:  August 1, 2012