**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

       Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

       Defendant.

_____

**ORDER**
_____


     Upon review of this matter, please be advised that the trial preparation conference set **October 12, 2012 at 9:00 a.m. is converted to a status/scheduling hearing**.

     IT IS FURTHER ORDERED that Plaintiff and Defendant shall have a corporate representative present in person at the October 12, 2012 hearing.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 2, 2012