IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

    Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order to Extend Discovery Cutoff to and including October 17, 2012** [Docket No. 57; Filed September 17, 2012] (the "Motion").  The parties assert in the Motion that the requested extension will not affect their readiness to participate in the status/scheduling hearing before Judge Babcock on October 12, 2012 or the trial on November 5, 2012.

    IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED**.  The Scheduling Order entered June 22, 2011 [#18] and amended on January 9, 2012 [#40], June 18, 2012 [#46], and August 1, 2012 [#50] is further modified as follows:

- Discovery cut-off, for the sole purpose of taking depositions:    **October 17, 2012**

    Dated:  September 18, 2012