IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-03005-LTB-KLM

EMC INSURANCE COMPANIES, an Iowa corporation,

      Plaintiff,

v.

MID-CONTINENT CASUALTY COMPANY, an Oklahoma corporation,

      Defendant.
_____

ORDER
_____

The parties were before me on Tuesday, November 27, 2012, at 9 a.m. for a further status and scheduling hearing. At the hearing, the parties agreed to bifurcate the trial for the reasons and in the manner set forth on record.

Accordingly, for the reasons and in the manner set forth on the record, IT IS ORDERED THAT the trial be bifurcated and that the first trial will be a jury trial concerning only whether Mid-Continent Casualty Company breached its contractual duty to defend Hans Nielsen Inc.

Date: November __27__, 2012 in Denver, Colorado.

                                            BY THE COURT:

                                            ___s/Lewis T. Babcock_____
                                            LEWIS T. BABCOCK, JUDGE